# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

ROBERT GREENE and RYAN CONNELL,

    Plaintiffs,

v.

COUNTY OF ESSEX,

    Defendant.

2:23-cv-00572-JMV-CLW

**STIPULATION OF DISMISSAL**

**THIS MATTER**, having been amicably adjusted by and between all Plaintiffs and Defendant, is hereby Dismissed against Defendant County of Essex, with prejudice and without costs.

**PALMA LAW FIRM, PC,**
*Counsel For Plaintiff Robert Greene and other similarly situated Essex County Correctional Police Officers*

By: /s/ *Valerie Palma DeLuisi*       Dated: April 22, 2025
    Valerie Palma DeLuisi, Esq.

**C. ELSTON & ASSOCIATES, LLC,**
*Counsel for Plaintiff Ryan Connell and other similarly situated Essex County Correctional Police Superior Officers*

By: /s/ *Catherine M. Elston,*       Dated: April 22, 2025
    Catherine M. Elston, Esq.

**GENOVA BURNS, LLC,**
*Counsel for Defendant County of Essex*

By: /s/ *Paul H. Mazer, Esq.*       Dated: April 22, 2025
    Paul H. Mazer, Esq.

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: APRIL 23, 2025